| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the:<br><br>SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____    Chapter __11__ |

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **L&L Wings, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  WINGS** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **57-0662635** |

| | | | |
| --- | --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**666 Broadway**<br>**8th Floor**<br>**New York, NY 10012**<br>Number, Street, City, State & ZIP Code<br><br>**New York**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | L&L Wings, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4481__

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

---

Debtor    **L&L Wings, Inc.**                                          Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

        Contact name _____

        Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **L&L Wings, Inc.**                                    Case number (*if known*) _____
           Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **L&L Wings, Inc.**
_____    Case number (*if known*) _____
      Name

███ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 24, 2021**
            MM / DD / YYYY

X **/s/ Ariel Levy**                                    **Ariel Levy**
   Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Robert L. Rattet**                              Date    **April 24, 2021**
   Signature of attorney for debtor                           MM / DD / YYYY

**Robert L. Rattet**
Printed name

**Davidoff Hutcher & Citron LLP**
Firm name

**605 Third Avenue**
**34th Floor**
**New York, NY 10158**
Number, Street, City, State & ZIP Code

Contact phone    **212 557 7200**        Email address    **rlr@dhclegal.com**

**1674118 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **L&L Wings, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 24, 2021**    X **/s/ Ariel Levy**
                                        Signature of individual signing on behalf of debtor

                                        **Ariel Levy**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **L&L Wings, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bank of America Attn: Jose Diaz 101 E. Kenneday Dr., Ste. 500 Tampa, FL 33602 | | Guaranty | | | | $2,672,863.24 |
| BeachMart, Inc. c/o Womble Bond Dickinson LLP Attn: S.F. Shaw and C.A. Burke, Esqs. 300 N. Greene Street, Ste. 1900 Greensboro, NC 27401 | | Judgment | Unliquidated Disputed | | | $15,868,068.49 |
| Hilldun Corporation 225 West 35th St., 10th Fl. New York, NY 10001 | | | | | | $180,260.00 |
| Island World Apparell Corp. 3620 Briggeman Drive Los Alamitos, CA 90720 | | | | | | $159,979.00 |
| Morgan Lewis & Bockius, LLP Attn: Richard Taffet, Esq. 101 Park Avenue New York, NY 10178 | | | | | | $266,202.00 |
| Rosenthal & Rosenthal Inc. Attn: Deborah Jones/Elliot Levy 1370 Broadway New York, NY 10018 | | | | | | $248,293.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | L&L Wings, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TD Bank, N.A. Attn: Charles Flint 9715 Gate Pkwy. North Jacksonville, FL 32246 | | Guaranty | | | | $7,921,066.75 |
| TD Bank, N.A. Attn: Charles Flint 9715 Gate Pkwy. North Jacksonville, FL 32246 | | Guaranty | | | | $5,125,147.46 |
| TD Bank, N.A. Attn: Charles Flint 9715 Gate Pkwy. North Jacksonville, FL 32246 | | Guaranty | | | | $4,792,082.35 |
| TD Bank, N.A. Attn: Charles Flint 9715 Gate Pkwy. North Jacksonville, FL 32246 | | PPP Loan | | | | $2,600,860.00 |
| TD Bank, N.A. Attn: Charles Flint 9715 Gate Pkwy. North Jacksonville, FL 32246 | | Guaranty | | | | $961,333.22 |
| The CIT Group Attn: Corey Lehr, VP Commercial Services, Inc. 11 West 42nd Street, 11th Fl. New York, NY 10036 | | | | | | $392,111.00 |
| Truist Bank 401 E. Jackson St., 20th Fl. Tampa, FL 33602 | | Guaranty | | | | $549,848.35 |
| Truist Bank Attn: Martha Hernandez 401 E. Jackson St., 20th Fl. Tampa, FL 33602 | | Guaranty | | | | $764,175.10 |
| Truist Bank Attn: Martha Hernandez 401 E. Jackson St., 20th Fl. Tampa, FL 33602 | | Guaranty | | | | $2,927,958.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **L&L Wings, Inc.**                                                Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Community Bank 11916 Plaza Drive Murrells Inlet, SC 29576** | | **Guaranty** | | | | $1,334,843.34 |
| **United Community Bank 11916 Plaza Drive Murrells Inlet, SC 29576** | | **Guaranty** | | | | $628,892.74 |
| **United Community Bank 11916 Plaza Drive Murrells Inlet, SC 29576** | | **Guaranty** | | | | $469,667.77 |
| **United Community Bank 1701 North Oak Street Commercial Banking Dept. Myrtle Beach, SC 29577** | | **Guaranty** | | | | $462,553.05 |
| **Wells Fargo Bank, N.A. Attn: Christine Hocker 14241 Dallas Parkway, Ste. 900 Dallas, TX 75254-2936** | | | | | | $551,074.00 |

# United States Bankruptcy Court
## Southern District of New York

In re  **L&L Wings, Inc.** _____  Case No. _____
                                          Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Meir Levy** | | **50%** | **shareholder** |
| **Shaul Levy** | | **50%** | **shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 24, 2021** _____    Signature  **/s/ Ariel Levy** _____
                                                                    **Ariel Levy**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of New York

In re    **L&L Wings, Inc.**

_____    Case No. _____
                    Debtor(s)    Chapter    **11**    _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Ariel Levy**, declare under penalty of perjury that I am the **President** of **L&L Wings, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **23rd** day of **April**, 20 **21** .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Ariel Levy**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Ariel **Levy**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Ariel Levy**, **President** of this Corporation is authorized and directed to employ **Robert L. Rattet**, attorney and the law firm of **Davidoff Hutcher & Citron LLP** to represent the corporation in such bankruptcy case."

Date  4/23/21 _____    Signed  /s/ Ariel Levy _____
                            **Ariel Levy, President**

Resolution of Board of Directors
of
**L&L Wings, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Ariel Levy, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Ariel Levy, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Ariel Levy, President** of this Corporation is authorized and directed to employ **Robert L. Rattet,** attorney and the law firm of **Davidoff Hutcher & Citron LLP** to represent the corporation in such bankruptcy case.

Date  4/23/21 _____      Signed  /s/ Bernard A. Katz _____
                                               **Bernard A. Katz. Sole Director**

Date  _____             Signed  _____

# United States Bankruptcy Court
## Southern District of New York

In re    L&L Wings, Inc.

_____
Debtor(s)

Case No. _____

Chapter    11    _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   L&L Wings, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 24, 2021
_____
Date

/s/ Robert L. Rattet
_____
**Robert L. Rattet**
Signature of Attorney or Litigant
Counsel for   L&L Wings, Inc.
**Davidoff Hutcher & Citron LLP**
**605 Third Avenue**
**34th Floor**
**New York, NY 10158**
**212 557 7200 Fax:212 286 1884**
**rlr@dhclegal.com**

## United States Bankruptcy Court
### Southern District of New York

In re    **L&L Wings, Inc.**                                   Case No. _____
                                  Debtor(s)         Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **April 24, 2021** _____         **/s/ Ariel Levy** _____
                                               **Ariel Levy/President**
                                               Signer/Title

100 South Morehead Corp.
c/o The Wings Group
666 Broadway, 2nd Fl.
New York, NY 10012

106 New River Drive LLC
Attn: Abraham Shiloach
530 N. Michigan Avenue
Kenilworth, NJ 07033

4 Ocean
3600 Fau Blvd., Ste. 19
Boca Raton, FL 33431

A1A Corner of Johnson Real Estate Corp.
c/o The Wings Group
666 Broadway, 2nd FL.
New York, NY 10012

ABC/Amega
500 Seneca Street Ste 400
Buffalo, NY 14204-1963

American Express
Customer Service
P.O. Box 981535
El Paso, TX 79998

American Express Company
World Financial Center
200 Vesey Street
New York, NY 10285

American Gift Corp.
6600 NW 74th Avenue
Miami, FL 33166

American Solutions for Business
31 East Minnesota Avenue
P.O. Box 218
Glenwood, MN 56334

Amloid
Attn: Majorie Rivera
7 Ridgedale Avenue, Ste. 1A
Cedar Knolls, NJ 07927

Anastasia Confections
1815 Cypress Lake Drive
Orlando, FL 32827

Art on T's Inc.
20855 NE 16th Ave., Unit C-40
Miami, FL 33179-2131

AT&T Corporate Headquarters
208 S. Akard St.
Dallas, TX 75202

Athena Property Management
16795 Von Karmen Ave. Ste 200
Attn: Mike Garner
Irvine, CA 92606

Atlantic Telephone
Membership Cooperative
640 Whiteville Road NW
Shallotte, NC 28470

Australian Gold of S.W. Florida, Inc.
6278 N. Federal Hwy., Ste. 269
Fort Lauderdale, FL 33308

B&K Trading International LLC
1991 Tigertail Blvd., #A
Dania, FL 33004

Bernard Katz
BAK Advisors
626 South State Street
Newtown, PA 18940

Ball, Bounce and Sport, Inc.
1 Hedstrom Drive
Ashland, OH 44805

Bank of America
Attn: Jose Diaz
101 E. Kennedy Dr., Ste. 500
Tampa, FL 33602

Barry Owen Co. Inc.
5625 Smithway Street
Los Angeles, CA 90040

Beach Club Promotions, Inc.
115 Business Centre Dr., Ste. 2
Ormond Beach, FL 32174

Beach Mart, Inc.

c/o Womble Bond Dickinson LLP
Attn: S.F. Shaw and C.A. Burke, Esqs.
300 N. Greene Street, Ste 1900
Greensboro, NC 27401

Beachcombers International
Attn: Pauline Prideaux
819 Bluecrab Road
Newport News, VA 23606

Benjamin Lee Davis
c/o Karen E. Davis
56 LeBrun Court West
Galveston, TX 77550

Best Value Products
Attn: Henry Quintero
806 Summer Park Dr., Ste. 300
Stafford, TX 77477

BlueCross/BlueShield of S.C.
Mail Code: AA-G31
P.O. Box 6000
Columbia, SC 29260-6000

Bogue Banks Water Corp.
7412 Emerald Drive
Emerald Isle, NC 28594

Bond Street Levy LLC
c/o The Wings Group
666 Broadway, 8th Fl.
New York, NY 10012

Bordson Law Group
Attn: Miranda Bordson
350 10th Ave., Ste. 1000
San Diego, CA 92101

Brainstorm Products, LLC
1011 S. Andreasen Dr., Ste. 100
Escondido, CA 92029

Brass Reminders Company, Inc.
P.O. Box 160
Keene, KY 40339-0160

Brinks f/k/a
Dunbar Armored Inc.
50 Schilling Rd

Hunt Valley, MD 21031

Brinks Inc.
555 Dividend Avenue
Coppell, TX 75019

Broward County Tax Collector
115 S. Andrews Avenue, #100
Fort Lauderdale, FL 33301-1895

Brunswick County Public Utilities
Customer Service
75 Court House Drive NE
Bolivia, NC 28422

Brunswick Electric Membership Corp.
795 Ocean Hwy. West
Supply, NC 28462

CA Dept. of Tax & Fee Admin.
Return Processing Branch
P.O. Box 942879
Sacramento, CA 94279-6001

CA Dept. of Tax & Fee Admin.
450 North Street
Sacramento, CA 95814

CA Franchise Tax Board
121 Spear Street, Ste. 400
San Francisco, CA 94105

Calhoun Sportswear
250 Bunting Road
St. Catherines ON L2M 3Y1
Canada

California Scene Publishing
7750 Formula Place
San Diego, CA 92121

CDW Corporation
200 N. Milwaukee Avenue
Vernon Hills, IL 60061

Ceridian HCM Inc.
P.O. Box 772830
Chicago, IL 60677-2830

Charles W. Thomas

Tax Collector
29399 US-19, #100
Clearwater, FL 33761

City of Clearwater
Attn: Utilities
Offices of the City Council
P.O. Box 4748
Clearwater, FL 33758

City of Deerfield Beach
150 NE 2nd Avenue
Deerfield Beach, FL 33441

City of Myrtle Beach
Office of the City Attorney
Attn: Utilities
P.O. Box 2468
Myrtle Beach, SC 29578

City of North Miami
Utility Billing Services
North Miami City Hall
776 NE 125th Street
Miami, FL 33161

City of North Miami Beach
P.O. Box 600427
North Miami Beach, FL 33160-0427

City of Oceanside
300 North Coast Highway
Oceanside, CA 92054

Coastal Land Ventures
8201 Emerald Drive
Emerald Isle, NC 28594

Comcast Center
1701 John F. Kennedy Blvd.
Philadelphia, PA 19103

Corporation Counsel
Attn: James E. Johnson
NYC Law Department
100 Church Street
New York, NY 10007

Cox Communications, Inc.
6205-B Peachtree Dunwoody Road NE

Atlanta, GA 30328

Creative Wraps, Inc.
710 Kennedy Blvd.
Somerdale, NJ 08083

Crestmark Equipment Finance
40950 Woodward Ave., #201
Bloomfield Hills, MI 48304

Cruz
P.O. Box 1645
Murrels Inlet, SC 29576-1645

Davine International Inc.
4774 Northgate Blvd.
Myrtle Beach, SC 29577

Daytona Beach Utility Billing
301 S. Ridgewood Avenue
Daytona Beach, FL 32114

Deerfield Beach Utilities
150 NE 2nd Avenue
Deerfield Beach, FL 33441

Delta Apparel
2750 Premier Pkwy., Ste. 100
Duluth, GA 30097

Dependable Packaging Solutions
5255 NW 159th Street
Hialeah, FL 33014

Dorfman-Pacific Co. Inc.
2615 Boeing Way
Stockton, CA 95206

DSD Express
Smith Co. Distributing
T-480 County Rd. 7
Liberty Center, OH 43532

Duke Energy
P.O. Box 1004
Charlotte, NC 28201-1004

Duke Energy Progress
P.O. Box 1771
Raleigh, NC 27602

DXC Eclipse (USA) LLC
1775 Tysons Blvd.
Mc Lean, VA 22102

Edgewell Personal Care LLC
24234 Network Place
Chicago, IL 60673

Elm at Seaside LTD
c/o Premier Capital Group
Attn: Joseph T. Joseph
1605 S. Parkway Blvd. Ste 200
Sugar Land, TX 77478

Fashion Textile, Inc.
6574 N. State Road 7, Ste. 316
Pompano Beach, FL 33073

Flagstar Bank
P.O. Box 660263
Dallas, TX 75260-0263

Floats Eyewear Inc.
1815 NW 20th Street
Miami, FL 33142

Florida Power & Light
Office of General Counsel
700 Universe Blvd.
Juno Beach, FL 33408

Florida Wholesale
191 West Lake Drive
Hallandale, FL 33009

Forbes Candies, Inc.
1300 Taylor Farm Road
Virginia Beach, VA 23453

Forest Air
2990 32nd Street S.
Saint Petersburg, FL 33712

Franchise Tax Board
P.O. Box 942840
Sacramento, CA 94240-0040

Franklin Sports, Inc.
17 Campanelli Pkwy.

Stoughton, MA 02072

Fruit of the Loom
32791 Collection Center Drive
Chicago, IL 60693

Fun Stuff, Inc.
2513 58th Street
Hampton, VA 23661

Galveston County Tax Office
Attn: Cheryl E. Johnson, PCC
Tax Assessor/Collector
P.O. Box 1169
Galveston, TX 77553-1169

Galveston Water Department
823 25th Street
Galveston, TX 77550

Garden City Location LLC
666 Broadway, 8th Floor
New York, NY 10012

Get A Gadget
6406 Burleson Road, Ste. 120
Austin, TX 78744

GFL Environmental
P.O. Box 791519
Baltimore, MD 21279-1519

Grand Strand Water & Sewer Authority
166 Jackson Bluff Road
Conway, SC 29526

Gulf Coast Panama Jack
Attn: Brett Post
1411 Moylan Road
Panama City Beach, FL 32407

Hilldun Corporation
225 West 35th St., 10th Fl.
New York, NY 10001

Horry County Treasurer
1301 2nd Avenue
Conway, SC 29526

Hyannis Water

```
47 Old Yarmouth Road
Hyannis, MA 02601

Internal Revenue Service
P.O. Box 3000
Church St. Station
New York, NY 10008

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Intersport Corp.
966 Sandhill Avenue
Carson, CA 90746

Island World Apparell Corp.
3620 Briggeman Drive
Los Alamitos, CA 90720

JD Yeatts & Sons Inc.
Chesapeake Bay Ltd.
Attn: Ken Johann
P.O. Box 801
Danville, VA 24543-0801

Jica Corp.
Attn: Jimenea Canales
86 South Street, Apt. 5A
Boston, MA 02111

Johnson Controls
P.O. Box 371994
Pittsburgh, PA 15250-7994

Johnson Controls
10405 Crosspoint Blvd.
Indianapolis, IN 46256

Jones-Onslow Electric
Membership Corporation
259 Western Blvd.
Jacksonville, NC 28546

Karen E. Davis
56 Lebrun Court West
Galveston, TX 77550

Koppes Kokonuts
```

1031 Gant Road
Graham, NC 27253

Kwik Ticket
4101 Glenwood Road
Brooklyn, NY 11210

Label It Inc.
Attn: Jen Grossman
10100 Northwest 116th Way, Ste. 1
Miami, FL 33178

Land Rover Financial Group
P.O. Box 78058
Phoenix, AZ 85062

Lucky 7 USA Inc.
275 Bryan Road
Dania Beach, FL 33004

Martin County Utilities
3473 SE Willoughby Blvd.
Stuart, FL 34994

Miami Souvenirs
1600 NW 165th Street
Miami Gardens, FL 33169

Miami-Dade County
Tax Collector
Local Business Tax Section
200 NW 2nd Avenue
Miami, FL 33128

Michael Swartwout
5634 Wood Duck Circle
Wilmington, NC 28409

Milberg Factors, Inc.
99 Park Avenue
New York, NY 10016

Modern China Co. - Office
550 E. Ohio Avenue
Sebring, OH 44672

Morgan Lewis & Bockius, LLP
Attn: Richard Taffet, Esq.
101 Park Avenue
New York, NY 10178

Mutual Sales
2 Corporate Park Dr.
Derry, NH 03038

My Word!
1 Aegean Drive
Methuen, MA 01844

National Grid
40 Sylvan Road
Waltham, MA 02451

Net2Phone, Inc.
520 Broad Street
Newark, NJ 07102

New Generation Corporation Limited
No. 5 Sheung Hei Street
Room A, 2/F., Fuk Wo Ind. Bldg.
San Po Kong
Kowloon, China

Ningbo Zhongrui Import
12/F
Changchun Mansion No. 159
Lingqiao Road
Ningbo, China

North Carolina Dept. of Revenue
P.O. Box 25000
Raleigh, NC 27640-0520

North Carolina Dept. of Revenue
501 North Wilmington Street
Raleigh, NC 27604

Novo Fashion USA Ltd.
211 E. Ocean Blvd.
Long Beach, CA 90802

NYC Dept. of Finance
66 John Street, Ste. 104
New York, NY 10038

NYC Law Department
100 Church Street
New York, NY 10007

NYS Dept. of Taxation & Finance

Attn: Office of Counsel, Bldg. 9
W.A. Harriman State Campus
Albany, NY 12227

Ocean Place Retail VII, LLC
c/o JH Real Estate Partners
520 Newport Ctr. Dr., Ste. 780
Attn: Stathi G. Marcopulos
Newport Beach, CA 92660

Office of the NY State Attorney General
28 Liberty Street
New York, NY 10005

Office of the U.S. Trustee
201 Varick Street, Room 1006
New York, NY 10014

Ornaments and Magnets
727 Central Avenue, Box 25
Worthington, IN 47471

Paramount Party Supplies
52 West 29th Street
New York, NY 10001

Pender County Tax Collections
300 East Fremont Street
Burgaw, NC 28425

Penske Truck Leasing Co.
P.O. Box 563
Reading, PA 19603

Pichincha
14262 SW 139th Street
Miami, FL 33186

Pinellas County Utilities
14 S. Ft. Harrison Avenue
Clearwater, FL 33756

PTL Enterprises Inc.
d/b/a PTL One
Attn: Gary Rollar, Jr.
1830 SW 2nd Street
Pompano Beach, FL 33069

Puka Creations
16840 South Main

Gardena, CA 90248

Quadient Finance USA
1 Penn Plaza, 14th Fl. 1429
New York, NY 10119

Quient/Neopost
c/o Mail Finance Inc.
478 Wheelers Farm Rd.
Milford, CT 06461

R.K. Associates #2, Inc.
17100 Collins Ave., Ste. 225
North Miami Beach, FL 33160

Reliant Energy
Office of Corporate Counsel
1201 Fannin Street, 5th Fl.
Houston, TX 77002

RH 2401 Ocean LLC
P.O. Box 163257
Attn: Daniel S. Catalfurno
Altamonte Springs, FL 32716

RK Associates #2 Inc.
17100 Collins Avenue
Suite 225
North Miami Beach, FL 33160

Rockbot Inc.
1308 Broadway
Oakland, CA 94612

Rosenthal & Rosenthal Inc.
Attn: Deborah Jones
1370 Broadway
New York, NY 10018

Ruth Pietruszewski
Martin County Tax Collector
3485 SE Willoughby Blvd.
Stuart, FL 34994

Sams Club
2101 SE Simple Savings Dr.
Bentonville, AR 72712

San Diego County Treasurer
Tax Collector

1600 Pacific Highway
San Diego, CA 92101

San Diego Gas & Electric
4760 Clairemont Mesa Blvd.
San Diego, CA 92117

San Diego Public Utilities Dept.
525 B Street
San Diego, CA 92101

Santee Cooper
1 Riverwood Drive
Moncks Corner, SC 29461

Selective
P.O. Box 782747
Philadelphia, PA 19178-2747

Shalam Imports Inc.
1552-B Dahill Road
Brooklyn, NY 11204

Shaul & Meir Levy Partnership
c/o The Wings Group
666 Broadway, 8th Fl.
New York, NY 10012

Shelterlogic Corp.
10981 Decatur Road
Philadelphia, PA 19154

Skyline Jewelry Inc.
1580 Stockholder Avenue, Unit B
Myrtle Beach, SC 29577

SML BK Lincoln Collins, LLC
c/o The Wings Group
666 Broadway, 8th Fl.
New York, NY 10012

SML Broadway 3, LLC
c/o The Wings Group
666 Broadway, 8th Fl.
New York, NY 10012

SML Broadway 8, LLC
666 Broadway, 8th Fl.
New York, NY 10012

SML Daytona Beach, LLC
666 Broadway, 8th Fl.
New York, NY 10012

SML Deerfield Beach, LLC
c/o The Wings Group
666 Broadway, 8th Fl.
New York, NY 10012

SML Delray Beach, LLC
c/o The Wings Group
666 Broadway, 8th Fl.
New York, NY 10012

SML Jensen Beach, LLC
c/o The Wings Group
666 Broadway, 8th Fl.
New York, NY 10012

SML Riviera Beach, LLC
c/o The Wings Group
666 Broadway 8th Fl.
New York, NY 10012

SML Wings Oceanside LLC
c/o The Wings Group
666 Broadway, 8th Floor
New York, NY 10012

Sony Ben-Moshe & Eli Ben-Moshe
5173 Waring Rd., #32
San Diego, CA 92120

Sony Ben-Moshe and Eli Ben-Moshe
5173 Waring Rd #32
San Diego, CA 92120

South Atlantic Bank
PO Box 70130
Myrtle Beach, SC 29572

South Atlantic Bank
630 29th Avenue
Myrtle Beach, SC 29577

South Carolina Dept. of Revenue
300-A Outlet Pointe Blvd.
Columbia, SC 29210

Southeastern Freight Lines, Inc.

P.O. Box 100104
Columbia, SC 29202-3104

Souvenir Source LLC
2412 Grant Avenue
Rockford, IL 61103

Spectrum
c/o Revco Solutions
PO Box 2589
Columbus, OH 43216-2589

Spectrum
100 Cable Way
Staten Island, NY 10303

Spectrum
4145 S. Salkenberg Rd
Riverview, FL 33578-8652

Spectrum Group
1250 Broadway, #810
New York, NY 10001

Spikeball Inc.
2045 W. Grand Ave., Ste. B
Chicago, IL 60612-1577

SS Handcrafter Art LLC
107 Glade Valley Avenue
Mooresville, NC 28117

State Board of Equalization
P.O. Box 942879
Miami, FL 33178

Sterling National Bank
Factoring & Trade Finance
Attn: Nydia Velez/Benji Sarjoo
P.O. Box 75359
Chicago, IL 60675-5359

Strand Import & Dist. Inc.
P.O. Box 16530
Myrtle Beach, SC 29587-6530

Sumimoto Mitsui Finance & Leasing Co.
666 Third Avenue, 8th Floor
New York, NY 10017

Sunshine Trading Company
1278 Surfside Industrial Park
Park Drive
Surfside Beach, SC 29576

Surf 7
275 Bryan Road
Dania, FL 33004

Symphony Asset Pool XVI LLC
c/o Pacifica Real Estate Services
Attn: Mirko Marrone
5505 Cancha De Golf
Rancho Santa Fe, CA 92091

T-Mobile Bankruptcy Team
PO Box 53410
Bellevue, WA 98015-3410

TD Bank
2003 Oak Street
Myrtle Beach, SC 29577

TD Bank
Attn: Charles Flint, Esq.
9715 Gate Pkwy. North
Jacksonville, FL 32246

Team Sourcing Company Ltd.
ABC Heritage (5th Floor)
2 & 4 Jashmuddin Avenue, Sector 3
Uttara C/A
Dhaka 1230, Bangladesh

Texas Comptroller of
Public Accounts
P.O. Box 13528
Capitol Station
Austin, TX 78711-3528

Texas Comptroller of
Public Accounts
LBJ State Office Building
111 East 17th Street
Austin, TX 78774

The CIT Group
Commercial Services, Inc.
Attn: Corey Lehr/Teresa Gray
11 West 42nd St., 11th Fl.

New York, NY 10036

The Postcard Factory
2801 John Street
Markham ON L3R 2Y8
Canada

The Real Insect Co. Inc.
4661 Golden Foothill Pkwy., Ste. 105
El Dorado Hills, CA 95762

Time Warner Cable
3140 W. Arrowood Road
Charlotte, NC 28273

Tomgal LLC d/b/a
Robin Ruth Co.
3501 NW 54th Street
Fort Lauderdale, FL 33309

Towel World
Island Gear LLC
1226 NW 23rd Ave., Unit B
Fort Lauderdale, FL 33311

Town of Atlantic Beach
Trash and Water Utilities
P.O. Box 1094
125 W. Fort Macon Road
Atlantic Beach, NC 28512

Town of Carolina Beach
Town Hall
Water & Sewer Services
1121 N. Lake Park Blvd.
Carolina Beach, NC 28428

Town of Surf City
Tax Collector
201 Community Center Dr.
Surf City, NC 28445

Town of Surf City
Attn: Utilities
201 Community Center Dr.
Surf City, NC 28445

Town of Wrightsville Beach
Water & Sewer
200 Parmele Blvd.

Wrightsville Beach, NC 28480

Truist Bank
Attn: Martha Hernandez
401 E. Jackson St., 20th Fl.
Tampa, FL 33602

Ty Inc.
280 Chestnut Avenue
Westmont, IL 60559

U.S. Bank, N.A.
P.O. Box 790179
Saint Louis, MO 63179-0179

U.S. Bank, N.A.
P.O. Box 3427
Oshkosh, WI 54903

Uber Freight LLC
P.O. Box 74007178
Chicago, IL 60674-7178

United Community Bank
11916 Plaza Drive
Murrells Inlet, SC 29576

United Community Bank
P.O. Box 398
Blairsville, GA 30514

United Community Bank
1701 N. Oak Street, 2nd Fl.
Commercial Banking Dept.
Myrtle Beach, SC 29577

United States Attorney
86 Chambers Street
New York, NY 10007

United States Attorney
for the Southern District of NY
1 Saint Andrews Plaza
New York, NY 10007

UPS Freight
P.O. Box 650690
Dallas, TX 75265-0690

V&L Crafts

```
188 Triple Diamond Blvd., Ste. 2
Ormond Beach, FL 32174

V.S.F. LLC
c/o Shaul & Meir Levy Partnership
666 Broadway, 8th Floor
New York, NY 10012

Verizon Fios
One Verizon Way
Basking Ridge, NJ 07920

Verizon Wireless
Bankruptcy Administration
500 Technology Drive, Ste. 550
Weldon Spring, MO 63304

Vision Tex Fashion Concepts
1-B 9/13 Ground Floor
Bilding Bin Haseeb Khan
Nazimabad, No. 1, Karachi
Pakistan

VN International Trade Miami, Inc.
4880 NW 97th Drive
Pompano Beach, FL 33076

Volusia County Tax Collector
123 W. Indiana Avenue, Ste. 103
Deland, FL 32720

VSF Corp.
2800 NW 125th Street
Miami, FL 33167

W/M Corporate Services
P.O. Box 4648
Carol Stream, IL

Warnaco Swimwear Inc.
P.O. Box 643156
Pittsburgh, PA 15264-3156

Waste Management of Pasadena
P.O. Box 660345
Dallas, TX 75266-0345

Waste Management of Texas, Inc.
800 Capitol Street, Suite 3000
Houston, TX 77002
```

Watson's Shopping Center
c/o Barnett & Wright
1304 B. Azalea Court
Myrtle Beach, SC 29577

Wells Fargo Bank, N.A.
Attn: Christine Hocker
14241 Dallas Parkway, Ste. 90
Dallas, TX 75254-2936

WestCoast Sunglasses, Inc.
625 S. Missouri Avenue
Clearwater, FL 33756

White by Mazuoz
2533 S. Park Road
Hallandale, FL 33009

White Oak Commercial Finance
Attn: David Katz
P.O. Box 100895
Atlanta, GA 30384-4174

World End Imports, Inc.
P.O. Box 786
Cape May Court House, NJ 08210

Young's Inc.
5073 Ann Arbor Road
Dundee, MI 48131

ZAD Jewelry
Attn: Bonnie Scheinberg
30 S. La Patera Lane, #9
Santa Barbara, CA 93117

Zan Headgear, Inc.
9401 Waples St., Ste. 120
San Diego, CA 92121