WILLIAM K. HARRINGTON
United States Trustee for Region 2
U.S. Department of Justice
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500
By:    Shara Cornell, Esq.
        Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                              :          Chapter 11
                                                   :
L & L WINGS, INC.,                                 :          Case No. 21-10795 (SCC)
                                                   :
                          Debtor.                  :
-------------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to

Section 1102(a) of title 11, United States Code, hereby appoints the following

unsecured creditors that are willing to serve on the Official Committee of

Unsecured Creditors of L & L Wings, Inc.:

1.    Beach Mart, Inc.
      2229 S. Croatan Highway
      Nags Head, North Carolina 27959-9010
      Attn: Israel Golasa, President
      252-480-0009

2.    Rosenthal & Rosenthal, Inc.
      1370 Broadway
      New York, New York 10018
      Attn: Anthony Verrilli, Executive Vice President
      212-356-1493

3.      Island World Swim
        3620 Briggeman Drive
        Los Alamitos, CA 90720
        Attn: John E. Demirjian, President
        562-799-7904

4.      White by Mazuoz
        2533 South Park Road
        Hallandale, FL 33009
        Attn: Yakov Zroya, President
        954-953-6022

5.      Ocean Drive
        530 N Michigan Avenue
        Kenilworth, NJ  07033
        Attn: Abraham Shileach, President
        908-964-2591

Dated: New York, New York
        May 7, 2021

                              Sincerely,

                              WILLIAM K. HARRINGTON
                              UNITED STATES TRUSTEE

                              By:    */s/ Shara C. Cornell*
                                     Shara C. Cornell
                                     Trial Attorney
                                     U.S. Department of Justice
                                     Office of the United States Trustee
                                     U.S. Federal Office Building
                                     201 Varick Street, Room 1006
                                     New York, NY 10014
                                     Tel. (212) 510-0500
                                     Fax (212) 668-2255