UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                                              Chapter 11

L&L WINGS, INC.,                             Case No. 21-10795 (SCC)

                                Debtor.
-----------------------------------------------------------X

## ORDER EXTENDING TIME FOR FILING
## SCHEDULES OF ASSETS AND LIABILITIES AND
## STATEMENT OF FINANCIAL AFFAIRS

**UPON** reading and consideration of the application of the above-captioned debtor and debtor-in-possession (the "Debtor"), by its proposed attorneys, Davidoff Hutcher & Citron LLP, for an Order extending the time within which said Debtor must file its Schedule of Assets and Liabilities and Statement of Financial Affairs, and the Court being satisfied that cause exists for the granting of said application and the entry of this Order, and the Court being further satisfied that no purpose would be served by any further notice or hearing on said application, and good cause appearing, it is hereby

**ORDERED**, that the Debtor is granted until May 24, 2021 to file its Schedule of Assets and Liabilities and Statement of Financial Affairs.

Dated: New York, New York
      May 13, 2021

                                       /s/ Shelley C. Chapman
                                       HONORABLE SHELLEY C. CHAPMAN
                                       UNITED STATES BANKRUPTCY JUDGE

NO OBJECTION:
OFFICE OF THE U.S. TRUSTEE

By:*/s/ Shara Cornell*
    Shara Cornell, Trial Attorney