**Fill in this information to identify the case:**

Debtor name **L&L Wings, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **21-10795**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 24, 2021**       X **/s/ Ariel Levy**
                                    Signature of individual signing on behalf of debtor

                                    **Ariel Levy**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **L&L Wings, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **21-10795**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
Copy line 88 from *Schedule A/B*.................................................................................    $    **0.00**

    **1b. Total personal property:**
Copy line 91A from *Schedule A/B*..............................................................................    $    **13,095,271.17**

    **1c. Total of all property:**
Copy line 92 from *Schedule A/B*.................................................................................    $    **13,095,271.17**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **19,114,263.60**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................    $    **123,441.21**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    **32,920,798.18**

4.  Total liabilities ........................................................................................................
Lines 2 + 3a + 3b    | $    **52,158,502.99** |

**Fill in this information to identify the case:**

Debtor name **L&L Wings, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **21-10795**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **TD Bank** | **checking - AP controlled disbursement account** | **7336** | **$0.00** |
| 3.2. | **TD Bank** | **credit card account** | **9282** | **$0.00** |
| 3.3. | **TD Bank** | **Operating Account** | **9266** | **$787,533.16** |
| 3.4. | **TD Bank** | **Checking - Vault account** | **0540** | **$0.00** |
| 3.5. | **TD Bank** | **warehouse account** | **9290** | **$1,298.33** |
| 3.6. | **TD Bank** | **Checking - Store 205 - Galveston TX** | **9185** | **$2,220.00** |
| 3.7. | **TD Bank** | **Checking - Store 328 - Miami Beach, FL** | **9315** | **$1,780.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **L&L Wings, Inc.** | | Case number *(If known)* **21-10795** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.8. | TD Bank | Checking - Store 606 - Wrightsville Beach, NC | 9307 | $660.00 |
| 3.9. | TD Bank | checking - store 337 - Sunny Isle Beach, FL | 7344 | $480.00 |
| 3.10. | TD Bank | checking - store 306 - Hollywood Beach, FL | 8870 | $1,180.00 |
| 3.11. | TD Bank | checking - store 329 - Riviera Beach, FL | 5947 | $80.00 |
| 3.12. | TD Bank | checking - store 103 - San Diego, CA | 7191 | $300.00 |
| 3.13. | TD Bank | checking - store 035 - Murrells Inlet, SC | 9382 | $10.00 |
| 3.14. | TD Bank | checking - store 302 - Clearwater FL | 9323 | $523.00 |

4.  **Other cash equivalents** *(Identify all)*

    4.1.  **Cash on hand**         $136,868.89

5.  **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      | $932,933.38 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

    7.1.  **Various security deposits with landlords and utilities as of 3/31/21**     $345,909.25

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

    8.1.  **Prepayments**     $5,547.68

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **L&L Wings, Inc.**                                   Case number *(If known)*  **21-10795**
         Name

9.   **Total of Part 2.**                                                      $351,456.93
     Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale Inventory (including 263A)** | **monthly cycle counts** | $0.00 | Recent cost | $7,953,908.16 |
| 22.   **Other inventory or supplies Various** | | Unknown | Recent cost | $519,003.06 |

23.   **Total of Part 5.**                                                      $8,472,911.22
      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ■ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ☐ No
      ■ Yes. Book value   1,615,209.00   Valuation method   cost   Current Value   1,615,209.00

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 3

| Debtor | **L&L Wings, Inc.** | Case number *(if known)* **21-10795** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **1 postage machine** | **$0.00** | | **Unknown** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | **$0.00** |
|---|---|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **Assorted vehicles (net of depreciation)** | **$141,274.85** | **Tax records** | **$141,274.85** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **L&L Wings, Inc.** | Case number *(If known)* **21-10795** |
|---|---|---|
| | Name | |

| **Plant and building equipment, machiney and leasehold improvements (net of depreciation) as of 3/31/21** | $3,001,113.73 | | $3,001,113.73 |
|---|---|---|---|

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $3,142,388.58 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☐ No
   ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Registered trademarks:** **3458144** **4193883** **85489630** | $0.00 | | Unknown |
| 61. **Internet domain names and websites** **Various URL domains** | $0.00 | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

| Debtor | **L&L Wings, Inc.** | Case number *(If known)* **21-10795** |
|---|---|---|
| | Name | |

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:** **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.     **Notes receivable**<br>Description (include name of obligor) | |
| 72.     **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.     **Interests in insurance policies or annuities** | |
| 74.     **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **Due from related parties** | $78,879.29 |
| Nature of claim     **Advances** | |
| Amount requested          **$0.00** | |
| **Due From SIE LLC** | $116,701.77 |
| Nature of claim     **Sale of Assets** | |
| Amount requested          **$0.00** | |
| 76.     **Trusts, equitable or future interests in property** | |
| 77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $195,581.06 |
|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **L&L Wings, Inc.**

Name    Case number *(If known)*  **21-10795**

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $932,933.38 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $351,456.93 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $8,472,911.22 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,142,388.58 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $195,581.06 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,095,271.17 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,095,271.17 |

**Fill in this information to identify the case:**

Debtor name **L&L Wings, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known) **21-10795**

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

| 2.1 | **Crestmark Equipment Finance**<br>Creditor's Name<br><br>**40950 Woodward Ave., #201**<br>**Bloomfield Hills, MI 48304**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Safes**<br><br><br>Describe the lien<br>**Equipment Loan**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $68,890.09 | Unknown |
| 2.2 | **Crestmark Equipment Finance**<br>Creditor's Name<br><br>**40950 Woodward Ave., #201**<br>**Bloomfield Hills, MI 48304**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**Security cameras**<br><br><br>Describe the lien<br>**Equipment Loan**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $68,438.47 | Unknown |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **L&L Wings, Inc.** | Case number (if known) | **21-10795** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **South Atlantic Bank** | Describe debtor's property that is subject to a lien | $28,500.54 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Truck loan** | | |

**PO Box 70130**
**Myrtle Beach, SC 29572**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **TD Bank, N.A.** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **All assets** | | |

**9715 Gate Pkwy North**
**Attn: Charles Flint, Esq.**
**Jacksonville, FL 32246**

Creditor's mailing address

Describe the lien
**Line of Credit**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **TD Bank, N.A.** | Describe debtor's property that is subject to a lien | $18,799,627.13 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **All Assets** | | |

**Attn: Charles Flint**
**9715 Gate Pkwy. North**
**Jacksonville, FL 32246**

Creditor's mailing address

Describe the lien
**Corporate Guarantees**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **L&L Wings, Inc.**
Name

Case number (if known)    **21-10795**

---

**Date debt was incurred**

**Last 4 digits of account number**

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **U.S. Bank, N.A.** | Describe debtor's property that is subject to a lien | **$110,204.05** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 790179**
**Saint Louis, MO 63179-0179**

**Range Rover**

Creditor's mailing address

**Describe the lien**

**Vehicle lien**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **United Community Bank** | Describe debtor's property that is subject to a lien | **$11,139.05** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Attn: Tony Young**
**Special Assets Officer**
**946 Orleans Rd**
**Charleston, SC 29407**

**Truck**

Creditor's mailing address

**Describe the lien**

**Vehicle Lien**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 | **United Community Bank** | Describe debtor's property that is subject to a lien | **$27,464.27** | **$27,464.27** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor     **L&L Wings, Inc.**                                             Case number (if known)     **21-10795**
          Name

| Creditor's Name | **Truck** |
|---|---|
| **Attn: Tony Young** | |
| **Special Assets Officer** | |
| **946 Orleans Rd** | |
| **Charleston, SC 29407** | |
| Creditor's mailing address | **Describe the lien** |
| | **Vehicle Lien** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$19,114,263.60**

### Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **South Atlantic Bank**<br>**630 29th Avenue**<br>**Myrtle Beach, SC 29577** | Line  **2.3** | |
| **Sumimoto Mitsui Finance & Leasing Co.**<br>**666 Third Avenue**<br>**8th Floor**<br>**New York, NY 10017** | Line  **2.1** | |
| **TD Bank**<br>**attn: Scott Sharp, SVP**<br>**40 Calhoun Street**<br>**Mount Pleasant, SC 29466** | Line  **2.4** | |
| **Theresa Driscoll, Esq.**<br>**Moritt Hock & Hamroff LLP**<br>**400 Garden City Plaza**<br>**Garden City, NY 11530** | Line  **2.4** | |
| **U.S. Bank, N.A.**<br>**P.O. Box 3427**<br>**Oshkosh, WI 54903** | Line  **2.6** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **L&L Wings, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  **21-10795**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 3000**<br>**Church St. Station**<br>**New York, NY 10008** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $123,441.21 | $123,441.21 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**ESRP Assessment** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**100 South Morehead Corp.**<br>**666 Broadway, 8th Fl.**<br>**New York, NY 10012**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $96,000.00 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**4 Ocean**<br>**3600 Fau Blvd., Ste. 19**<br>**Boca Raton, FL 33431**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $8,640.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    25779                    Best Case Bankruptcy

| Debtor | **L&L Wings, Inc.** | Case number (if known) | **21-10795** |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**American Express**
**Customer Service**
**P.O. Box 981535**
**El Paso, TX 79998**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,687.00 |
|---|---|---|---|

**American Gift Corp.**
**6600 NW 74th Avenue**
**Miami, FL 33166-2839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,540.00 |
|---|---|---|---|

**Amloid**
**Attn: Majorie Rivera**
**7 Ridgedale Avenue, Ste. 1A**
**Cedar Knolls, NJ 07927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,172.00 |
|---|---|---|---|

**Art on T's Inc.**
**20855 NE 16th Ave., Unit C-40**
**Miami, FL 33179-2131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,773.00 |
|---|---|---|---|

**Australian Gold of S.W. Florida, Inc.**
**6278 N. Federal Hwy., Ste. 269**
**Fort Lauderdale, FL 33308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,077.00 |
|---|---|---|---|

**B&K Trading International LLC**
**1991 Tigertail Blvd., #A**
**Dania, FL 33004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,413.00 |
|---|---|---|---|

**Ball, Bounce and Sport, Inc.**
**1 Hedstrom Drive**
**Ashland, OH 44805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **L&L Wings, Inc.** | Case number (if known) | **21-10795** |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,672,863.24 |
|---|---|---|---|

**Bank of America**
**Attn: Jose Diaz**
**101 E. Kenneday Dr., Ste. 500**
**Tampa, FL 33602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Guaranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,750.00 |
|---|---|---|---|

**Barry Owen Co. Inc.**
**5625 Smithway Street**
**Los Angeles, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,063.00 |
|---|---|---|---|

**Beach Club Promotions, Inc.**
**115 Business Centre Dr., Ste. 2**
**Ormond Beach, FL 32174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,868,068.49 |
|---|---|---|---|

**Beach Mart, Inc.**
**c/o Womble Bond Dickinson LLP**
**Attn: S.F. Shaw and C.A. Burke, Esqs.**
**300 N. Greene Street, Ste. 1900**
**Greensboro, NC 27401**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Judgment__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,594.00 |
|---|---|---|---|

**Beachcombers International**
**Attn: Pauline Prideaux**
**819 Bluecrab Road**
**Newport News, VA 23606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,779.00 |
|---|---|---|---|

**Best Value Products**
**Attn: Henry Quintero**
**806 Summer Park Dr., Ste. 300**
**Stafford, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,251.00 |
|---|---|---|---|

**BlueCross/BlueShield of S.C.**
**Mail Code: AA-G31**
**P.O. Box 6000**
**Columbia, SC 29260-6000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **L&L Wings, Inc.** | Case number (if known) | **21-10795** |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16.00**

**Bogue Banks Water Corp.**
**7412 Emerald Drive**
**Emerald Isle, NC 28594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,325.00**

**Brainstorm Products, LLC**
**1011 S. Andreasen Dr., Ste. 100**
**Escondido, CA 92029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,906.00**

**Brass Reminders Company, Inc.**
**P.O. Box 160**
**Keene, KY 40339-0160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,818.00**

**Brinks Inc.**
**50 Schilling Rd**
**Hunt Valley, MD 21031**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,365.00**

**Calhoun Sportswear**
**250 Bunting Road**
**St. Catherines ON L2M 3Y1**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,102.00**

**California Scene Publishing**
**7750 Formula Place**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$122.00**

**CDW Corporation**
**200 N. Milwaukee Avenue**
**Vernon Hills, IL 60061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | L&L Wings, Inc. | | Case number (if known) | 21-10795 |
|---|---|---|---|---|
| | Name | | | |

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76.00**

**City of Deerfield Beach**
**150 NE 2nd Avenue**
**Deerfield Beach, FL 33441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$222.00**

**City of North Miami Beach**
**P.O. Box 600427**
**North Miami Beach, FL 33160-0427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,249.00**

**Creative Wraps, Inc.**
**710 Kennedy Blvd.**
**Somerdale, NJ 08083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,474.00**

**Cruz**
**P.O. Box 1645**
**Murrels Inlet, SC 29576-1645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$742.00**

**Davine International Inc.**
**4774 Northgate Blvd.**
**Myrtle Beach, SC 29577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,665.00**

**Delta Apparel**
**2750 Premier Pkwy., Ste. 100**
**Duluth, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,189.00**

**Dorfman-Pacific Co. Inc.**
**2615 Boeing Way**
**Stockton, CA 95206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **L&L Wings, Inc.** | Case number (if known) | **21-10795** |
|---|---|---|---|
| | Name | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,184.00 |
|---|---|---|---|

**DSD Express**
**Smith Co. Distributing**
**T-480 County Rd. 7**
**Liberty Center, OH 43532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,072.00 |
|---|---|---|---|

**Duke Energy**
**P.O. Box 1004**
**Charlotte, NC 28201-1004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $737.00 |
|---|---|---|---|

**Edgewell Personal Care LLC**
**24234 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,160.00 |
|---|---|---|---|

**Entire Select, Inc.**
**10857 NW 50th Street**
**Fort Lauderdale, FL 33351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $525,272.00 |
|---|---|---|---|

**Exist Inc.**
**1650 NW 23rd Ave., Bay A**
**Fort Lauderdale, FL 33331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,556.00 |
|---|---|---|---|

**Fantas-Eyes Inc.**
**385 Fifth Avenue**
**9th Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,332.00 |
|---|---|---|---|

**Fashion Textile, Inc.**
**6574 N. State Road 7, Ste. 316**
**Pompano Beach, FL 33073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | L&L Wings, Inc. | Case number (if known) | 21-10795 |
|---|---|---|---|
| | Name | | |

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,220.00**

Florida Wholesale
191 West Lake Drive
Hallandale, FL 33009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,448.00**

Forbes Candies, Inc.
1300 Taylor Farm Road
Virginia Beach, VA 23453

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$358.00**

Forest Air
2990 32nd Street S.
Saint Petersburg, FL 33712

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00**

Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,109.00**

Franklin Sports, Inc.
17 Campanelli Pkwy.
Stoughton, MA 02072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,414.00**

Fruit of the Loom
32791 Collection Center Drive
Chicago, IL 60693-0327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,016.00**

Full Circle Trends
1384 Broadway
Room 1101
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **L&L Wings, Inc.** | Case number (if known) | **21-10795** |
|---|---|---|---|
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72,318.00**

**Fun Stuff, Inc.**
**2513 58th Street**
**Hampton, VA 23661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,259.00**

**Galveston County Tax Office**
**Tax Assessor/Collector**
**P.O. Box 1169**
**Galveston, TX 77553-1169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,450.00**

**Garden City Location LLC**
**666 Broadway, 8th Floor**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Rent arrears-**
**2901 S. Hwy 17**
**Murrells Inlet, SC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104,227.00**

**Get A Gadget**
**6406 Burleson Road, Ste. 120**
**Austin, TX 78744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,696.00**

**Gottex Swimwear Brands**
**1441 Broadway, 26th Fl.**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,830.00**

**Gulf Coast Panama Jack**
**Attn: Brett Post**
**1411 Moylan Road**
**Panama City Beach, FL 32407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,922.00**

**In Gear Fashions**
**4401 NW 167 Street**
**Opa Locka, FL 33055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **L&L Wings, Inc.** | Case number (if known) | **21-10795** |
|---|---|---|---|
| | Name | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,028.00** |
|---|---|---|---|
| | **India Boutique** | ☐ Contingent | |
| | **1854 NW 21st Street** | ☐ Unliquidated | |
| | **Miami, FL 33142** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,585.00** |
|---|---|---|---|
| | **Intersport Corp.** | ☐ Contingent | |
| | **966 Sandhill Avenue** | ☐ Unliquidated | |
| | **Carson, CA 90746** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Island Shoppes LLC** | ■ Contingent | |
| | **c/o Florida Bond & Mortgage Inc.** | ■ Unliquidated | |
| | **3696 N. Federal Hwy #200** | ☐ Disputed | |
| | **Fort Lauderdale, FL 33308** | Basis for the claim:  **Guaranty for store lease located at 4232-4392 NE Ocean Blvd., Jensen Beach, FL** | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$159,979.00** |
|---|---|---|---|
| | **Island World Apparell Corp.** | ☐ Contingent | |
| | **3620 Briggeman Drive** | ☐ Unliquidated | |
| | **Los Alamitos, CA 90720** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,440.00** |
|---|---|---|---|
| | **JD Yeatts & Sons Inc.** | | |
| | **Chesapeake Bay Ltd.** | ☐ Contingent | |
| | **Attn: Ken Johann** | ☐ Unliquidated | |
| | **P.O. Box 801** | ☐ Disputed | |
| | **Danville, VA 24543-0801** | Basis for the claim: __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$248,293.00** |
|---|---|---|---|
| | **JGR Copa, LLC** | ☐ Contingent | |
| | **5611 Dewey Street, #1** | ☐ Unliquidated | |
| | **Hollywood, FL 33020** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Johnson Controls** | ☐ Contingent | |
| | **PO Box 371994** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15250-7994** | ■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Alarm** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **L&L Wings, Inc.**        Case number (if known)    **21-10795**

    Name

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,689.20** |
|---|---|---|---|

**JOM Imports aka Gulf Coast Panama Jack**
**1411 Moylan Rd**
**Panama City Beach, FL 32407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,664.00** |
|---|---|---|---|

**Koppes Kokonuts**
**1031 Gant Road**
**Graham, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125,302.00** |
|---|---|---|---|

**Lucky 7 USA Inc.**
**275 Bryan Road**
**Dania Beach, FL 33004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Malone Family Trust, et al.**
**c/o Eileen Chafetz, P.A.**
**4770 Biscayne Blvd. Suite 1400**
**Miami, FL 33137**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Guaranty for store lease at 201 Lincoln Rd., Miami Beach, FL**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67,207.00** |
|---|---|---|---|

**Miami Souvenirs**
**1600 NW 165th Street**
**Miami Gardens, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,090.00** |
|---|---|---|---|

**Modern China Co. - Office**
**550 E. Ohio Avenue**
**Sebring, OH 44672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$266,202.00** |
|---|---|---|---|

**Morgan Lewis & Bockius, LLP**
**Attn: Richard Taffet, Esq.**
**101 Park Avenue**
**New York, NY 10178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **L&L Wings, Inc.** | Case number (if known) | **21-10795** |
|---|---|---|---|
| | Name | | |

---

**3.66**

**Nonpriority creditor's name and mailing address**
**My Word!**
**1 Aegean Drive**
**Methuen, MA 01844**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$8,425.00**

---

**3.67**

**Nonpriority creditor's name and mailing address**
**New Generation Corporation Limited**
**No. 5 Sheung Hei Street**
**Room A, 2/F, Fuk Wo Ind. Bldg.**
**San Po Kong**
**Kowloon, China**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$142,522.00**

---

**3.68**

**Nonpriority creditor's name and mailing address**
**Ocean Drive**
**530 North Michigan Ave.**
**Kenilworth, NJ 07033**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$105,989.00**

---

**3.69**

**Nonpriority creditor's name and mailing address**
**Ocean Place Retail VII LLC**
**c/o JH Real Estate Partners Inc.**
**530 Newport Center Dr.**
**#780**
**Newport Beach, CA 92660**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Guaranty for store lease at 401 Mission Avenue, Oceanside, CA**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**
**Onia LLC**
**10 East 40th Street**
**37th Floor**
**New York, NY 10016**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$180,260.00**

---

**3.71**

**Nonpriority creditor's name and mailing address**
**Paramount Party Supplies**
**52 West 29th Street**
**New York, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$797.00**

---

**3.72**

**Nonpriority creditor's name and mailing address**
**Pichincha**
**14262 SW 139th Street**
**Miami, FL 33186**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$329.00**

---

| Debtor | **L&L Wings, Inc.** | Case number (if known) | **21-10795** |
|---|---|---|---|
| | Name | | |

---

**3.73**

**Nonpriority creditor's name and mailing address**

**Popularity Products LLC**
**400 Federal Blvd.**
**Carteret, NJ 07008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$104,500.00**

---

**3.74**

**Nonpriority creditor's name and mailing address**

**Premier Investments USA, LLC**
**Attn: David Katz**
**403 NE 2nd Ave., Unit A**
**Hallandale, FL 33009**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$93,419.00**

---

**3.75**

**Nonpriority creditor's name and mailing address**

**PTL Enterprises Inc.**
**d/b/a PTL One**
**Attn: Gary Rollar, Jr.**
**1830 SW 2nd Street**
**Pompano Beach, FL 33069**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$17,330.00**

---

**3.76**

**Nonpriority creditor's name and mailing address**

**Puka Creations**
**16840 South Main**
**Gardena, CA 90248**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,947.00**

---

**3.77**

**Nonpriority creditor's name and mailing address**

**RH 2401 Ocean LLC**
**c/o Adam Schmitt**
**7900 Glades Rd., Ste 540**
**Boca Raton, FL 33434**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty of lease for**
**2601-2611 N. Ocean Ave., Riviera Beach, FL**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.78**

**Nonpriority creditor's name and mailing address**

**Ruth Pietruszewski**
**Martin County Tax Collector**
**3485 SE Willoughby Blvd.**
**Stuart, FL 34994**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.79**

**Nonpriority creditor's name and mailing address**

**Scope Imports**
**6300 West Loop South, Ste. 100**
**Bellaire, TX 77401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$16,326.00**

---

| Debtor | **L&L Wings, Inc.** | Case number (if known) | **21-10795** |
|---|---|---|---|
| | Name | | |

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,819.00**

**Selective**
P.O. Box 782747
Philadelphia, PA 19178-2747

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,417.00**

**Shaul & Meir Levy Partnership**
666 Broadway, 8th Fl.
New York, NY 10012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:  **Rent arrears-
807 N. Lake Pk. Rd.
Carolina Beach, NC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,758.92**

**Shaul & Meir Levy Partnership**
666 Broadway, 8th Fl.
New York, NY 10012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:  **Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$91,951.00**

**Shelterlogic Corp.**
10981 Decatur Road
Philadelphia, PA 19154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$104,419.34**

**SML BK Lincoln Collins, LLC**
666 Broadway, 8th Fl.
New York, NY 10012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:  **Rent arrears-
201 Lincoln Rd.
Miami Beach, FL**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,545.66**

**SML Daytona Beach, LLC**
666 Broadway, 8th Floor
New York, NY 10012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:  **Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63,802.00**

**SML Deerfield Beach, LLC**
666 Broadway, 8th Fl.
New York, NY 10012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:  **Rent arrears-
2020 NE 2d St.
Deerfield Beach, FL**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **L&L Wings, Inc.** | Case number (if known) | **21-10795** |
|---|---|---|---|
| | Name | | |

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,449.00** |
|---|---|---|---|

**SML Delray Beach, LLC**
**666 Broadway, 8th Fl.**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,428.00** |
|---|---|---|---|

**SML Jensen Beach, LLC**
**666 Broadway, 8th Fl.**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Rent arrears-**
**4392 NE Ocean Blvd.**
**Jensen Beach, FL**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,062.00** |
|---|---|---|---|

**SML Riviera Beach, LLC**
**666 Broadway 8th Fl.**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Rent arrears-**
**2601-2611 N. Ocean Ave.**
**Riviera Beach, FL**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$73,602.00** |
|---|---|---|---|

**Sony Ben-Moshe and Eli Ben-Moshe**
**5173 Waring Rd #32**
**San Diego, CA 92120**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,307.00** |
|---|---|---|---|

**Southeastern Freight Lines, Inc.**
**P.O. Box 100104**
**Columbia, SC 29202-3104**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,307.00** |
|---|---|---|---|

**Souvenir Source LLC**
**2412 Grant Avenue**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,466.98** |
|---|---|---|---|

**Spectrum**
**c/o Revco Solutions**
**PO Box 2589**
**Columbus, OH 43216-2589**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **L&L Wings, Inc.** | Case number (if known) | **21-10795** |
|---|---|---|---|
| | Name | | |

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,566.00** |
|---|---|---|---|
| | **Spikeball Inc.** | ☐ Contingent | |
| | **2045 W. Grand Ave., Ste. B** | ☐ Unliquidated | |
| | **Chicago, IL 60612-1577** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,684.00** |
|---|---|---|---|
| | **SS Handcrafter Art LLC** | ☐ Contingent | |
| | **195 E. Waterlynn Rd.** | ☐ Unliquidated | |
| | **Mooresville, NC 28117** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|
| | **State Board of Equalization** | ☐ Contingent | |
| | **P.O. Box 942879** | ☐ Unliquidated | |
| | **Miami, FL 33178** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$313,211.00** |
|---|---|---|---|
| | **Strand Import & Dist. Inc.** | ☐ Contingent | |
| | **P.O. Box 16530** | ☐ Unliquidated | |
| | **Surfside Beach, SC 29587-6530** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,496.00** |
|---|---|---|---|
| | **Sun Specs** | ☐ Contingent | |
| | **9529 Stephen Decatur Hwy** | ☐ Unliquidated | |
| | **Berlin, MD 21811** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,374.00** |
|---|---|---|---|
| | **Sunshine Trading Company** | ☐ Contingent | |
| | **1278 Surfside Industrial Park** | ☐ Unliquidated | |
| | **Park Drive** | ☐ Disputed | |
| | **Surfside Beach, SC 29576** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,421.00** |
|---|---|---|---|
| | **Surf 7** | ☐ Contingent | |
| | **275 Bryan Road** | ☐ Unliquidated | |
| | **Dania, FL 33004** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **L&L Wings, Inc.** | Case number (if known) | **21-10795** |
|---|---|---|---|
| | Name | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,600,860.00** |
|---|---|---|---|

**TD Bank, N.A.**
**Attn: Charles Flint**
**9715 Gate Pkwy. North**
**Jacksonville, FL 32246**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **PPP Loan**

**Last 4 digits of account number __**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$112,887.00** |
|---|---|---|---|

**Team Sourcing Company Ltd.**
**ABC Heritage (5th Floor)**
**2 & 4 Jashmuddin Avenue, Sector 3**
**Uttara C/A**
**Dhaka 1230, Bangladesh**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: __

**Last 4 digits of account number __**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,563.00** |
|---|---|---|---|

**The Postcard Factory**
**2801 John Street**
**Markham ON L3R 2Y8**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: __

**Last 4 digits of account number __**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,425.00** |
|---|---|---|---|

**The Real Insect Co. Inc.**
**4661 Golden Foothill Pkwy., Ste. 105**
**El Dorado Hills, CA 95762**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: __

**Last 4 digits of account number __**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,214.00** |
|---|---|---|---|

**Towel World**
**4880 N. Hiatus Road**
**Sunrise, FL 33351**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$764,175.10** |
|---|---|---|---|

**Truist Bank**
**Attn: Mary McElwain**
**Asset Resolution Group**
**3750 Brookside Pkwy Ste 150**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **Guaranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,927,958.00** |
|---|---|---|---|

**Truist Bank**
**Attn: Mary McElwain**
**Asset Resolution Group**
**3750 Brookside Pkwy Ste 150**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **L&L Wings, Inc.** | Case number (if known) | **21-10795** |
|---|---|---|---|
| | Name | | |

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$549,848.35**

**Truist Bank**
**Attn: Mary McElwain**
**Asset Resolution Group**
**3750 Brookside Pkwy Ste 150**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,124.00**

**Ty Inc.**
**280 Chestnut Avenue**
**Westmont, IL 60559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,920.00**

**Uber Freight LLC**
**P.O. Box 74007178**
**Chicago, IL 60674-7178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,181.00**

**Ultimate Apparel Inc.**
**1359 Broadway, Ste. 814**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$469,667.77**

**United Community Bank**
**Attn: Tony Young**
**Special Assets Officer**
**946 Orleans Rd**
**Charleston, SC 29407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,334,843.34**

**United Community Bank**
**Attn: Tony Young**
**Special Assets Officer**
**946 Orleans Rd**
**Charleston, SC 29407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$628,892.74**

**United Community Bank**
**Attn: Tony Young**
**Special Assets Officer**
**946 Orleans Rd**
**Charleston, SC 29407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **L&L Wings, Inc.** | Case number (if known) | **21-10795** |
|---|---|---|---|
| | Name | | |

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$462,553.05**

**United Community Bank**
**Attn: Tony Young**
**Special Assets Officer**
**946 Orleans Rd**
**Charleston, SC 29407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80.00**

**UPS Freight**
**P.O. Box 650690**
**Dallas, TX 75265-0690**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,042.00**

**V&L Crafts**
**188 Triple Diamond Blvd., Ste. A-7**
**Venice, FL 32475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,776.00**

**Vintage Summer**
**530 N. Michigan Ave**
**Kenilworth, NJ 07033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,286.00**

**Vision Tex Fashion Concepts**
**1-B 9/13 Ground Floor**
**Bilding Bin Haseeb Khan**
**Nazimabad, No. 1, Karachi**
**Pakistan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$104,688.00**

**VSF Corp.**
**2800 NW 125th Street**
**Miami, FL 33167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,768.00**

**Warnaco Swimwear Inc.**
**P.O. Box 643156**
**Pittsburgh, PA 15264-3156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **L&L Wings, Inc.** | | Case number (if known) | **21-10795** |
|---|---|---|---|---|
| | Name | | | |

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$384.00** |
|---|---|---|---|
| | **Weeks Lerman**<br>**58-38 Page Place**<br>**Maspeth, NY 11378-2235** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,558.00** |
|---|---|---|---|
| | **WestCoast Sunglasses, Inc.**<br>**625 S. Missouri Avenue**<br>**Clearwater, FL 33756** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$92,846.00** |
|---|---|---|---|
| | **White By Mazuoz**<br>**2533 S. Park Road**<br>**Pembroke Park, FL 33009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,560.00** |
|---|---|---|---|
| | **World End Imports, Inc.**<br>**P.O. Box 786**<br>**Cape May Court House, NJ 08210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$86.00** |
|---|---|---|---|
| | **Young's Inc.**<br>**5073 Ann Arbor Road**<br>**Dundee, MI 48131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,323.00** |
|---|---|---|---|
| | **YRC Worldwide**<br>**P.O. Box 93151**<br>**Chicago, IL 60673-3151** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$660.00** |
|---|---|---|---|
| | **ZAD Jewelry**<br>**Attn: Bonnie Scheinberg**<br>**30 S. La Patera Lane, #9**<br>**Santa Barbara, CA 93117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **L&L Wings, Inc.** | Case number (if known) | **21-10795** |
|---|---|---|---|
| | Name | | |

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $166.00 |
|---|---|---|---|

**Zan Headgear, Inc.**
**9401 Waples St., Ste. 120**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ABC/Amega**<br>**500 Seneca Street Ste 400**<br>**Buffalo, NY 14204-1963** | Line **3.58**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Bordson Law Group**<br>**Attn: Miranda Bordson**<br>**350 10th Ave Ste 1000**<br>**San Diego, CA 92101** | Line **3.90**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Hilldun Corporation**<br>**225 West 35th St., 10th Fl.**<br>**New York, NY 10001** | Line **3.70**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Johnson Controls**<br>**10405 Crosspoint Blvd**<br>**Indianapolis, IN 46256** | Line **3.58**<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Rosenthal & Rosenthal Inc.**<br>**Attn: Deborah Jones/Elliot Levy**<br>**1370 Broadway**<br>**New York, NY 10018** | Line **3.57**<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Spectrum**<br>**4145 S. Salkenberg Rd**<br>**Riverview, FL 33578-8652** | Line **3.93**<br><br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Sterling National Bank**<br>**Factoring & Trade Finance**<br>**Attn: Nydia Velez/Benji Sarjoo**<br>**P.O. Box 75359**<br>**Chicago, IL 60675-5359** | Line **3.34**<br><br>☐ Not listed. Explain ____ | __ |
| 4.8 | **The CIT Group**<br>**Attn: Corey Lehr, VP**<br>**Commercial Services, Inc.**<br>**11 West 42nd Street, 11th Fl.**<br>**New York, NY 10036** | Line **3.36**<br><br>☐ Not listed. Explain ____ | __ |
| 4.9 | **The CIT Group**<br>**Attn: Corey Lehr, VP**<br>**Commercial Services, Inc.**<br>**11 West 42nd Street, 11th Fl.**<br>**New York, NY 10036** | Line **3.73**<br><br>☐ Not listed. Explain ____ | __ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **L&L Wings, Inc.** | Case number (if known) | **21-10795** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | **The CIT Group**<br>**Attn: Corey Lehr, VP**<br>**Commercial Services, Inc.**<br>**11 West 42nd Street, 11th Fl.**<br>**New York, NY 10036** | Line __3.124__<br><br>☐  Not listed. Explain ____ | _ |
| 4.11 | **The CIT Group**<br>**Attn: Corey Lehr, VP**<br>**Commercial Services, Inc.**<br>**11 West 42nd Street, 11th Fl.**<br>**New York, NY 10036** | Line __3.68__<br><br>☐  Not listed. Explain ____ | _ |
| 4.12 | **The CIT Group**<br>**Attn: Corey Lehr, VP**<br>**Commercial Services, Inc.**<br>**11 West 42nd Street, 11th Fl.**<br>**New York, NY 10036** | Line __3.118__<br><br>☐  Not listed. Explain ____ | _ |
| 4.13 | **The CIT Group**<br>**Attn: Corey Lehr, VP**<br>**Commercial Services, Inc.**<br>**11 West 42nd Street, 11th Fl.**<br>**New York, NY 10036** | Line __3.44__<br><br>☐  Not listed. Explain ____ | _ |
| 4.14 | **The CIT Group**<br>**Attn: Corey Lehr, VP**<br>**Commercial Services, Inc.**<br>**11 West 42nd Street, 11th Fl.**<br>**New York, NY 10036** | Line __3.79__<br><br>☐  Not listed. Explain ____ | _ |
| 4.15 | **Wells Fargo Bank, N.A.**<br>**Attn: Christine Hocker**<br>**14241 Dallas Parkway, Ste. 900**<br>**Dallas, TX 75254-2936** | Line __3.35__<br><br>☐  Not listed. Explain ____ | _ |
| 4.16 | **Wells Fargo Bank, N.A.**<br>**Attn: Christine Hocker**<br>**14241 Dallas Parkway, Ste. 900**<br>**Dallas, TX 75254-2936** | Line __3.51__<br><br>☐  Not listed. Explain ____ | _ |
| 4.17 | **White Oak Commercial Finance**<br>**Attn: David Katz**<br>**P.O. Box 100895**<br>**Atlanta, GA 30384-4174** | Line __3.74__<br><br>☐  Not listed. Explain ____ | _ |
| 4.18 | **White Oak Commercial Finance**<br>**Attn: David Katz**<br>**P.O. Box 100895**<br>**Atlanta, GA 30384-4174** | Line __3.98__<br><br>☐  Not listed. Explain ____ | _ |

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  123,441.21 |
| 5b. Total claims from Part 2 | 5b.  + | $  32,920,798.18 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $  33,044,239.39 |

**Fill in this information to identify the case:**

Debtor name **L&L Wings, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **21-10795**

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Lease for 100 S. Morehead Ave., Atlantic Beach, NC** | |
| State the term remaining **Month to Month** | **100 South Morehead Corp. 666 Broadway, 8th Floor New York, NY 10012** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Lease for 106A N. New River Dr., Surf City, NC** | |
| State the term remaining **Through 5/31/26** | **106 New River Drive LLC 530 N. Michigan Avenue Kenilworth, NJ 07033** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **Lease for 349 Johnson Street, Hollywood Beach, FL** | |
| State the term remaining **Through 8/31/21** | **A1A Corner of Johnson St. RE Corp. 666 Broadway, 8th Floor New York, NY 10012** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest **Independent Director Agreement** | |
| State the term remaining **N/A** | **Bernard A. Katz** |
| List the contract number of any government contract | |

| Debtor 1 | **L&L Wings, Inc.** | | | Case number (*if known*) | **21-10795** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for armored car service** | |
|---|---|---|---|
| | State the term remaining | **3 years** | **Brinks fka Dunbar Armored Inc. 50 Schilling Rd Hunt Valley, MD 21031** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 8103 Emerald Dr., Emerald Isle, NC** | |
|---|---|---|---|
| | State the term remaining | **Through 1/31/24** | **Coastal Land Ventures 8201 Emerald Drive Emerald Isle, NC 28594** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **IT service and support agreement** | |
|---|---|---|---|
| | State the term remaining | | **DXC Eclipse (USA) LLC/Enavate 1775 Tysons Blvd. Mc Lean, VA 22102** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 4918 Seawall Blvd., Galveston, TX** | |
|---|---|---|---|
| | State the term remaining | **Through 10/31/25** | **Elm at Seaside LTD c/o Premier Capital Group Attn: Joseph T. Joseph 1605 S. Parkway Blvd. Ste 200 Sugar Land, TX 77478** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2901 S Kings Hwy, Murrell's Inlet, SC** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Garden City Location LLC 666 Broadway, 8th Floor New York, NY 10012** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 529 Seawall Blvd., Galveston, TX** | |
|---|---|---|---|
| | State the term remaining | **Through 8/31/26** | **Karen E. Davis 56 LeBrun Court West Galveston, TX 77550** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **L&L Wings, Inc.**
_____    Case number *(if known)*  **21-10795**
First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Car lease** | |
|---|---|---|---|
| | State the term remaining | **8/9/21** | **Land Rover Financial Group** |
| | List the contract number of any government contract | | **PO Box 78058** **Phoenix, AZ 85062** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Car lease** | |
|---|---|---|---|
| | State the term remaining | **7/9/22** | **Land Rover Financial Group** |
| | List the contract number of any government contract | | **PO Box 78058** **Phoenix, AZ 85062** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Truck lease** | |
|---|---|---|---|
| | State the term remaining | **2/1/22** | **Penske Truck Leasing Co.** |
| | List the contract number of any government contract | | **PO Box 563** **Reading, PA 19603** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Postage machine** | |
|---|---|---|---|
| | State the term remaining | **12/1/21** | **Quient/Neopost** **c/o Mail Finance Inc.** |
| | List the contract number of any government contract | | **478 Wheelers Farm Rd.** **Milford, CT 06461** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 16850 Collins Ave., Sunny Isle Beach, FL** | |
|---|---|---|---|
| | State the term remaining | **Through 12/31/23** | **R.K. Associates #2, Inc.** |
| | List the contract number of any government contract | | **17100 Collins Ave. Suite 225** **North Miami Beach, FL 33160** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **store licensed music** | **Rockbot Inc.** **1308 Broadway** **Oakland, CA 94612** |
|---|---|---|---|

| Debtor 1 | **L&L Wings, Inc.** | | | Case number *(if known)* | **21-10795** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | **quarter to quarter** | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 7600 N Kings Hwy, Myrtle Beach, SC** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Shaul & Meir Levy Partnership 666 Broadway, 8th Fl. New York, NY 10012** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 400 Pointsettia Blvd., Clearwater Beach, FL** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Shaul & Meir Levy Partnership 666 Broadway, 8th Fl. New York, NY 10012** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 6705 Gulf Blvd., St. Petersburg Beach, FL** | |
|---|---|---|---|
| | State the term remaining | **Through 1/31/24** | **Shaul & Meir Levy Partnership 666 Broadway, 8th Fl. New York, NY 10012** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 200 W. Fort Macon Blvd., Atlantic Beach, NC** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Shaul & Meir Levy Partnership 666 Broadway, 8th Fl. New York, NY 10012** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 807 North Lake Park Blvd., Carolina Beach, NC** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Shaul & Meir Levy Partnership 666 Broadway, 8th Fl. New York, NY 10012** |
| | List the contract number of any government contract | | |

| Debtor 1 | L&L Wings, Inc. | | | Case number (*if known*) | **21-10795** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 1014 N. Lake Park Blvd., Carolina Beach,, NC** | |
|---|---|---|---|
| | State the term remaining | **Through 10/31/24** | **Shaul & Meir Levy Partnership** |
| | List the contract number of any government contract | | **666 Broadway, 8th Fl.** |
| | | | **New York, NY 10012** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 82 S. Lumina Ave., Wrightsville Beach, NC** | |
|---|---|---|---|
| | State the term remaining | **through 6/30/21** | **Shaul & Meir Levy Partnership** |
| | List the contract number of any government contract | | **666 Broadway, 8th Fl.** |
| | | | **New York, NY 10012** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 3210 Holden Beach Rd. S., Holden Beach, NC** | |
|---|---|---|---|
| | State the term remaining | **Through 2/28/24** | **Shaul & Meir Levy Partnership** |
| | List the contract number of any government contract | | **666 Broadway, 8th Fl.** |
| | | | **New York, NY 10012** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease for 201 Lincoln Rd., Miami Beach, FL** | |
|---|---|---|---|
| | State the term remaining | **Through 10/31/22** | **SML BK Lincoln Collins, LLC** |
| | List the contract number of any government contract | | **666 Broadway, 8th Floor** |
| | | | **New York, NY 10012** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 666 Broadway, 3rd Floor, NY,, NY** | |
|---|---|---|---|
| | State the term remaining | **Through 12/31/24** | **SML Broadway 3, LLC** |
| | List the contract number of any government contract | | **666 Broadway, 8th Floor** |
| | | | **New York, NY 10012** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 666 Broadway, 8th Floor, NY, NY** | |
|---|---|---|---|
| | State the term remaining | **Through 6/30/26** | **SML Broadway 8, LLC** |
| | List the contract number of any | | **666 Broadway, 8th Floor** |
| | | | **New York, NY 10012** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **L&L Wings, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **21-10795**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease for 607 N. Atlantic Ave., Daytona Beach, FL** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **SML Daytona Beach, LLC 666 Broadway, 8th Floor New York, NY 10012** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2020 NE 2d Street, Deerfield Beach, FL** | |
|---|---|---|---|
| | State the term remaining | **Through 9/30/24** | **SML Deerfield Beach, LLC 666 Broadway, 8th Floor New York, NY 10012** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease for 512 E. Atlantic Ave., Delray Beach, FL** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **SML Delray Beach, LLC 666 Broadway, 8th Floor New York, NY 10012** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease for 4392 NE Ocean Blvd., Jensen Beach, FL** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **SML Jensen Beach, LLC 666 Broadway, 8th Floor New York, NY 10012** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease for 2601-2611 N. Ocean Ave., Riviera Beach, FL** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **SML Riviera Beach, LLC 666 Broadway 8th Floor New York, NY 10012** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease for 401 Mission Ave., Oceanside, CA** | **SML Wings Oceanside LLC 666 Broadway, 8th Floor New York, NY 10012** |
|---|---|---|---|

Debtor 1    **L&L Wings, Inc.**
_____    _____    _____    Case number _(if known)_    **21-10795**
First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining   **Month to Month** | |
| List the contract number of any government contract   _____ | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 4948 Newport Ave., San Diego, CA** | |
|---|---|---|---|
| | State the term remaining | **Through 9/30/24** | **Sony Ben-Moshe & Eli Ben-Moshe**<br>**5173 Waring Rd # 32**<br>**San Diego, CA 92120** |
| | List the contract number of any government contract | _____ | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 3136 Mission Blvd, San Diego, CA** | |
|---|---|---|---|
| | State the term remaining | **Through 10/31/24** | **Symphony Asset Pool XVI LLC**<br>**c/o Pacifica Real Estate Services**<br>**Attn: Mirko Marrone**<br>**5505 Cancha De Golf**<br>**Rancho Santa Fe, CA 92091** |
| | List the contract number of any government contract | _____ | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease for 2800 NW 125th Street, Miami, FL** | |
|---|---|---|---|
| | State the term remaining | **Through 1/31/22** | **V.S.F. LLC**<br>**666 Broadway, 8th Floor**<br>**New York, NY 10012** |
| | List the contract number of any government contract | _____ | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 9700 N Kings Hwy, Myrtle Beach, SC** | |
|---|---|---|---|
| | State the term remaining | **Through 3/31/25** | **Watson's Shopping Center LLC**<br>**c/o Barnett Wright**<br>**1304B Azalea Court**<br>**Myrtle Beach, SC 29577** |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **L&L Wings, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  **21-10795**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **100 South Morehead Avenue Corp.** | | **Truist Bank** | ☐ D _____<br>■ E/F __3.108__<br>☐ G _____ |
| 2.2 | **A1A Corner of Johnson Real Estate Corp.** | | **Bank of America** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.3 | **Bond Street Levy, LLC** | | **TD Bank, N.A.** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Garden City Location, LLC** | | **TD Bank, N.A.** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Meir Levy, Shaul Levy, L&L Wings, Inc.** | | **TD Bank, N.A.** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **L&L Wings, Inc.** | Case number *(if known)* | **21-10795** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Shaul and Meir Levy Partnership** | | **Truist Bank** | ☐ D _____<br>☑ E/F    **3.106**<br>☐ G _____ |
| 2.7 | **Shaul and Meir Levy Partnership** | | **TD Bank, N.A.** | ☑ D    **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Shaul and Meir Levy Partnership** | | **TD Bank, N.A.** | ☑ D    **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Shaul and Meir Levy Partnership** | | **United Community Bank** | ☐ D _____<br>☑ E/F    **3.112**<br>☐ G _____ |
| 2.10 | **Shaul and Meir Levy Partnership** | | **United Community Bank** | ☐ D _____<br>☑ E/F    **3.114**<br>☐ G _____ |
| 2.11 | **Shaul and Meir Levy Partnership** | | **United Community Bank** | ☐ D _____<br>☑ E/F    **3.115**<br>☐ G _____ |
| 2.12 | **Shaul and Meir Levy Partnership** | **666 Broadway 8th Floor New York, NY 10012** | **United Community Bank** | ☐ D _____<br>☑ E/F    **3.115**<br>☐ G _____ |
| 2.13 | **SML BK Lincoln Collins, LLC** | | **Malone Family Trust, et al.** | ☐ D _____<br>☑ E/F    **3.62**<br>☐ G _____ |

| Debtor | **L&L Wings, Inc.** | Case number *(if known)* | **21-10795** |
| --- | --- | --- | --- |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.14 | **SML Broadway 8 LLC** | TD Bank, N.A. | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **SML Deerfield Beach, LLC** | **Truist Bank** | ☐ D _____<br>■ E/F __3.107__<br>☐ G _____ |
| 2.16 | **SML Jensen Beach LLC** | **Island Shoppes LLC** | ☐ D _____<br>■ E/F __3.54__<br>☐ G _____ |
| 2.17 | **SML Wings Oceanside LLC** | **Ocean Place Retail VII LLC** | ☐ D _____<br>■ E/F __3.69__<br>☐ G _____ |
| 2.18 | **SML Wings Riviera Beach LLC** | **RH 2401 Ocean LLC** | ☐ D _____<br>■ E/F __3.77__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **L&L Wings, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **21-10795**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **7/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $32,027,140.65 |
| **For year before that:**<br>From **7/01/2019** to **6/30/2020** | ■ Operating a business<br>☐ Other _____ | $32,360,806.00 |
| **For the fiscal year:**<br>From **7/01/2018** to **6/30/2019** | ■ Operating a business<br>☐ Other _____ | $34,516,954.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | L&L Wings, Inc. | | Case number *(if known)* | 21-10795 |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See attached** | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Beach Mart, Inc. v. L&L Wings, Inc.<br>2:11-cv-00044-FL and<br>2:14-cv-00052-FL** | | **US District Court, Eastern Dist. of N.C.** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |

| Debtor | L&L Wings, Inc. | Case number *(if known)* | 21-10795 |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Davidoff Hutcher & Citron LLP**<br>**605 Third Avenue**<br>**New York, NY 10158** | | **12/7/2020** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Davidoff Hutcher & Citron LLP**<br>**605 Third Avenue**<br>**New York, NY 10158** | | **1/15/21** | **$125,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **L&L Wings, Inc.**                                     Case number (if known)   **21-10795**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Davidoff Hutcher & Citron LLP** | | **April 22, 2021** | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

---

Debtor    **L&L Wings, Inc.**                                                    Case number *(if known)* **21-10795**

---

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Yandle Mobile Storage**<br>**6449 Ocean Hwy West**<br>**Ocean Isle Beach, NC 28469** | **Regional Manager** | **Old equipment** | ☐ No<br>■ Yes |

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

### Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

---

| Debtor | L&L Wings, Inc. | Case number *(if known)* 21-10795 |
|---|---|---|

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26.  Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Webster Rogers LLP** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor    **L&L Wings, Inc.**                                          Case number (if known)  **21-10795**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Debtor**<br>**666 Broadway, 8th Floor**<br>**New York, NY 10012** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **TD Bank, various other institutions** |

---

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Various** | | |

| Name and address of the person who has possession of inventory records |
|---|
| **Debtor** |

---

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ariel Levy** | **666 Broadway, 8th Floor**<br>**New York, NY 10012** | **President** | |
| **Meir Levy** | **666 Broadway, 8th Floor**<br>**New York, NY 10012** | **shareholder** | **50%** |
| **Shaul Levy** | **666 Broadway, 8th Floor**<br>**New York, NY 10012** | **shareholder** | **50%** |
| **Bernard A. Katz** | **c/o BAK Advisors, Inc.**<br>**626 S. State Street**<br>**Newtown, PA 18940** | **Independent director** | |

---

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

Debtor    **L&L Wings, Inc.**                                              Case number *(if known)*    **21-10795**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Meir Levy & Shaul Levy | 666 Broadway, 8th Floor New York, NY 10012 | President, secretary | |

---

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐  No

■  Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Shaul Levy** **666 Broadway, 8th Floor** **New York, NY 10012** | **609,202.99** | | **Compensation** |
| **Relationship to debtor** **shareholder** | | | |
| 30.2. **Meir Levy** **666 Boradway, 8th Floor** **New York, NY 10012** | **716,897.13** | | **Compensation** |
| **Relationship to debtor** **shareholder** | | | |
| 30.3. **Ariel Levy** | **$564,599.88** | | **Compensation** |
| **Relationship to debtor** **President** | | | |
| 30.4. **Gabriel Levy** | **$61,381.10** | | **Compensation** |
| **Relationship to debtor** **Employee** | | | |
| 30.5. **Ilanit Levy** | **$78,300** | | **Compensation** |
| **Relationship to debtor** **Employee** | | | |
| 30.6. **Allegra Russo** | **$46,678.86** | | **Compensation** |
| **Relationship to debtor** **Former employee** | | | |

Debtor    **L&L Wings, Inc.**                                    Case number *(if known)*  **21-10795**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.7. | **Daniella Godina** | **$35,100** | | **Compensation** |
| | **Relationship to debtor**<br>Former employee | | | |
| 30.8. | **Mollie Ben-Haim** | **$46,678.86** | | **Compensation** |
| | **Relationship to debtor**<br>Former employee | | | |
| 30.9. | **Rachel Moss** | **$46,678.86** | | **Compensation** |
| | **Relationship to debtor**<br>Former employee | | | |
| 30.10. | **Bernard Katz** | **$57,000** | | **Independent director fees** |
| | **Relationship to debtor**<br>Independent Director | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **L&L Wings, Inc.**                                                    Case number *(if known)*   **21-10795**

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 24, 2021**

**/s/ Ariel Levy**                                                        **Ariel Levy**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re  **L&L Wings, Inc.**                                    Case No.  **21-10795**

_____
                        Debtor(s)                            Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ................................................  $        **125,000.00**

     Prior to the filing of this statement I have received ...............................  $        **125,000.00**

     Balance Due .......................................................................................  $            **0.00**

2.   $  **1,738.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtor(s) in any dischargability actions, judicial lien avoidances, relief from stay actions or
        any other adversary proceeding or contested matter.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**May 24, 2021**                              /s/ Robert L. Rattet
_____              **Robert L. Rattet**
_Date_                                        _Signature of Attorney_
                                              **Davidoff Hutcher & Citron LLP**
                                              **605 Third Avenue**
                                              **34th Floor**
                                              **New York, NY 10158**
                                              **212 557 7200  Fax: 212 286 1884**
                                              **rlr@dhclegal.com**
                                              _Name of law firm_

---